**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Ennett BEALON, Jr.,**
**Defendant–Appellant.**

No. 14–6832.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2014.

Decided: Oct. 24, 2014.

Charles Ennett Bealon, Jr., Appellant Pro Se. Jennifer E. Wells, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Ennett Bealon, Jr., appeals the district court's order granting counsel's motion to withdraw from representation after counsel's appointment pursuant to the district court's standing order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Bealon,* No. 7:08–cr–00038–FL–1 (E.D.N.C. May 21, 2014). We further deny Bealon's motion to remand the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*